IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SAMUAL SIGOLOFF, et al.** *Plaintiff,* § § § § § § § § § § § § § § § § | 4:22-cv-923 |
| **v.** | |
| **LLOYD J. AUSTIN, III,** Individually and in his official capacity as United States Secretary of Defense; United States Department of Defense, **CHRISTINE WORMUTH,** individually and in her official capacity as Secretary of the Army and, **ANTHONY R. HALE** Individually and in his official capacity as Commanding General of Fort Huachuca *Defendant.* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Samuel Sigoloff, Plaintiff herein, *as local counsel*. Pursuant to Fed. R. Civ. P. 5, the undersigned requests copies of all notices, pleadings, and other filings in the instant case be served to the email address below.

Respectfully submitted,

/s/ Warren V. Norred
Warren V. Norred,
Texas Bar No. 24045094
warren@norredlaw.com
515 E. Border Street; Arlington, Texas 76010
Tel. (817) 704-3984; Fax. (817) 524-6686
*Local Counsel for Plaintiff*

**CERTIFICATE OF SERVICE** - I certify that the above was served on all parties listed below seeking service in the instant case via the Court's e-file system on 12/12/2022.

/s/Warren V. Norred

| | |
|---|---|
| Sean Christopher Timmons<br>Tully Rinckey, PLLC<br>441 New Karner Rd<br>Albany, NY 12205<br>832-240-3273<br>Fax: 832-533-8999<br>stimmons@tullylegal.com<br>PLAINTIFF'S COUNSEL | Andie North Barbour<br>Indeed Inc<br>6433 Champion Grandview Way<br>Austin, TX 78750<br>202-210-1148<br>Email: abarbour@indeed.com |

Kevin Bell
DOJ-Civ
Civil Division, U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
202-880-0329
Email: kevin.k.bell@usdoj.gov
DEFENDANTS' COUNSEL